## STATE OF CONNECTICUT *v.* MCGARRETT WALLACE

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 730 (AC 17425), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Richard A. Reeve*, special public defender, in support of the petition.

*James M. Ralls*, senior assistant state's attorney, in opposition.

Decided April 28, 2000

## STATE OF CONNECTICUT *v.* HERIBERTO CRUZ

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 763 (AC 18323), is granted, limited to the following issue:

"Did the Appellate Court properly allow the testimony of a social worker identifying the defendant as the perpetrator under the medical treatment exception to the hearsay rule?"

The Supreme Court docket number is SC 16299.

*Richard S. Cramer*, in support of the petition.

*Mitchell S. Brody*, assistant state's attorney, in opposition.

Decided April 28, 2000

## GREG C.'S APPEAL FROM PROBATE

The plaintiff Greg C.'s petition for certification for appeal from the Appellate Court, 56 Conn. App. 439 (AC 18392), is denied.

901